KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
WENDY J. THURM - #163558
wthurm@kvn.com
BENEDICT Y. HUR - #224018
BENJAMIN BERKOWITZ - #244441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
THELEN REID BROWN RAYSMAN & STEINER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP<br><br>                              Plaintiff,<br><br>     v.<br><br>FRANÇOIS MARLAND,<br><br>                              Defendant. | Case No.<br><br>**DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
CASE NO.

405064.01

I, Wendy J. Thurm, declare as follows:

1. I am an attorney duly licensed to practice before this Court and a partner of the law firm of Keker & Van Nest LLP, counsel of record for Thelen Reid Brown Raysman & Steiner LLP in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Keker & Van Nest was also counsel of record for Thelen in a prior action filed in this Court entitled *Thelen Reid Brown Raysman & Steiner, LLP v. Francois Marland et al.*, Case No. C 06-2071 VRW ("*Thelen v. Marland I*"). In *Thelen v. Marland I*, Marland was represented by two law firms: Andrew W. Hayes and Matthew Friedman, of the law firm now known as Hayes & Maloney LLP, in New York; and Guy Calladine and Edward Donohue, of the law firm Carlson Calladine & Peterson LLP in San Francisco. Mr. Hayes can be reached at ahayes@hayes-maloney.com; telephone: (212) 554-3120. Mr. Calladine can be reached at gcalladine@ccplaw.com; telephone: (415) 391-3911.

3. On November 7, 2007, at 10:09 a.m., I sent an e-mail to Andrew Hayes, Matthew Friedman, Guy Calladine and Edward Donohue informing them of Thelen's intent to file today a Complaint and *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction, to prohibit Marland from proceeding with an arbitration he initiated with the American Arbitration Association, and which is being administered by the International Centre for Dispute Resolution in New York. Attached hereto as **Exhibit A** is a true and correct copy of my e-mail to Mssrs. Hayes, Friedman, Calladine and Donohue.

4. I am available at the Court's convenience for a hearing on Thelen's *Ex Parte* Application for a Temporary Restraining Order and Preliminary Injunction. I can be reached at wthurm@kvn.com; telephone: (415) 391-5400.

5. Attached hereto as **Exhibit B** is a true and correct copy of an Attorney-Client Agreement between Thelen, Reid & Priest, LLP and Francois Marland (on behalf of himself and RoNo LLC), signed February 17, 1999. This document was marked as Exhibit 2 during the Deposition of Stephen V. O'Neal, taken November 9, 2006 in *Thelen v. Marland I*.

1
DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u> AND <u>PRELIMINARY INJUNCTION</u>
CASE NO.

405064.01

6. Attached hereto as **Exhibit C** is a true and correct copy of pages 29-31 and 246 of the transcript of the Deposition of Stephen V. O'Neal, taken November 9, 2006 in *Thelen v. Marland I*.

7. Attached hereto as **Exhibit D** is a true and correct copy of pages 192-193 of the transcript of the Deposition of Gary L. Fontana, taken February 22, 2007 in *Thelen v. Marland I*.

8. Attached hereto as **Exhibit E** is a true and correct copy of page 104 of the transcript of the Deposition of Wynne S. Carvill, taken December 14, 2006 in *Thelen v. Marland I*.

9. Attached hereto as **Exhibit F** is a true and correct copy of the New Agreement to Associate Counsel between Thelen, Reid & Priest, LLP, SCP Brunswick & Associates, Susannah Maas and Francois Marland, signed December 6-19, 2002. This document was marked as Exhibit 11 during the Deposition of Stephen V. O'Neal, taken November 9, 2006 in *Thelen v. Marland I*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of November, 2007, in San Francisco, California.

_____
WENDY J. THURM

2
DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
CASE NO.

405064.01