# EXHIBIT A

**From:** Wendy Thurm
**Sent:** Wednesday, November 07, 2007 10:09 AM
**To:** 'Andrew W. Hayes'; mfriedman@hayes-maloney.com; Guy Calladine; edonohue@ccplaw.com
**Subject:** Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Gentlemen,

Pursuant to Fed. R. Civ. P. 65 and Northern District of California Civil Local Rule 65, I write to inform you that Thelen Reid Brown Raysman & Steiner LLP ("Thelen") intends to seek a Temporary Restraining Order and Preliminary Injunction against your client Francois Marland. Thelen intends to seek an order enjoining Mr. Marland (through himself and his agents) from pursuing the arbitration he initiated against Thelen with the American Arbitration Association in New York (Arb. No. 50 180 T 00082 06).

Later this morning, Thelen will file a complaint and an *Ex Parte* Application for a TRO and Preliminary Injunction in the Northern District of California. I will inform the Court that Thelen is available for a hearing at the Court's convenience, and will also provide the Court with your contact information. Thelen will also serve you electronically with a copy of the TRO/PI and the complaint after they have been filed.

Please let me know if you are authorized to accept service of the complaint on behalf of Mr. Marland.

Please let me know by close of business today whether you will stipulate to a Notice of Related Case, relating this new action to the action entitled *Thelen Reid Brown Raysman & Steiner LLP v. Francois Marland et al*, Case No. C 06-2071 VRW.

Thank you.

Wendy J. Thurm

KEKER & VAN NEST LLP

710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com