# EXHIBIT C

UNITED STATES DISTRICT COURT

NORGHERN DISTRICT OF CALIFORNIA

---o0o---

THELEN REID & PRIEST LLP,

    Plaintiff and

    Counterclaim-Defendant,

vs.                                         Case No.:

FRANCOIS MARLAND,                           C-06-02071 VRW

    Defendant and                          Volume I

    Counterclaim-Plaintiff.
_____/
THELEN REID & PRIEST LLP,

    Counter-Counterclaimant,

vs.

FRANCOIS MARLAND, PHILIPPE

BRUNSWICK AND SUSANNAH MAAS,

    Counter-Counter Defendants.
_____/

DEPOSITION OF STEPHEN V. O'NEAL AND

THELEN REID & PRIEST LLP PURSUANT TO

FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

VOLUME I

Pages 1 through 285

November 9, 2006

REPORTED BY:

ERIC GILLIAM, CSR NO. 3338

**CERTIFIED COPY**

**U.S. LEGAL**
*Support*
Certified Shorthand Reporters
180 Montgomery Street, Suite 2180
San Francisco, CA 94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

1  were not waivers; and therefore, it's hypothetical.  09:57:47
2      And that's my objection.
3      THE WITNESS:  And my response to your question
4  is, is that you have not framed it in a way that I --
5  that I can answer it.  09:58:04
6  BY MR. HAYES:
7      Q  Okay.
8      Can you tell us whether Thelen is confident
9  today that it obtained all of the conflict waivers that
10 might have been necessary from whomever conflict waivers  09:58:17
11 might have been necessary to be obtained in its
12 representation of RoNo and the commissioner?
13     A  Yes.
14     Q  Okay.
15     All right.  Let's go to a document that I  09:58:31
16 marked as Exhibit 2.
17     Here is a copy for your counsel.
18     (Deposition Exhibit 2 was marked for
19     identification by the court reporter.)
20     MR. HAYES:  For the record, it has -- ah,  09:58:46
21 that's the version without production numbers, but it's
22 taken from papers that have been filed by both sides at
23 this point.
24     I think actually it's taken from Thelen's
25 papers.  09:59:04

29

|    |    |    |
|----|----|----|
| 1  | It's a document entitled "Attorney-Client | 09:59:05 |
| 2  | Agreement," six-page document dated February 17th, 1999 | |
| 3  | on the last page, with signatures that purport to be | |
| 4  | from Francois Marland and Gary Fontana. | |
| 5  | Q   Have you seen this document before today, sir? | 09:59:25 |
| 6  | A   Yes. | |
| 7  | Q   Okay. | |
| 8  | Can you tell me when you first saw it? | |
| 9  | A   It was in 1999.  With the signatures on it, I | |
| 10 | think it was probably in March of 1999.  That time | 09:59:33 |
| 11 | frame, anyway. | |
| 12 | Q   Okay. | |
| 13 | So we are clear that Thelen, Reid and Priest | |
| 14 | began to represent RoNo LLC at least as of | |
| 15 | February 17th, 1999? | 09:59:58 |
| 16 | I say "at least as of," sir; let me just make | |
| 17 | sure.  I'm not trying to trick you with that. | |
| 18 | The point is, there might have been some kind | |
| 19 | of attorney-client relation beforehand with Mr. Marland. | |
| 20 | I'm trying to not focus on that and simply focus on the | 10:00:18 |
| 21 | fact there was an attorney-client relationship with RoNo | |
| 22 | as of the date of this agreement, that's all. | |
| 23 | A   Well, this is a document entitled | |
| 24 | "Attorney-Client Agreement" -- | |
| 25 | Q   Okay. | 10:00:30 |

30

**U.S. Legal Support**

| | | |
|---|---|---|
| 1 | A    -- it's dated February 17, 1999. | 10:00:30 |
| 2 | I first saw it in, I believe, March with the | |
| 3 | signatures on it. | |
| 4 | So it is my understanding that as of the | |
| 5 | effective date of this agreement, Francois Marland, | 10:00:40 |
| 6 | individually and as beneficial owner of RoNo LLC, had | |
| 7 | formed an attorney-client relationship with Thelen, Reid | |
| 8 | and Priest LLP. | |
| 9 | Q    Okay.  And that attorney-client relationship | |
| 10 | existed regardless of whether Mr. Fontana had authority | 10:00:58 |
| 11 | to enter into this attorney-client agreement on behalf | |
| 12 | of Thelen, Reid and Priest, correct? | |
| 13 | A    I don't understand your question. | |
| 14 | Q    Did Mr. Fontana have authority to enter into | |
| 15 | this attorney-client agreement on behalf of Thelen, Reid | 10:01:10 |
| 16 | and Priest? | |
| 17 | A    Yes. | |
| 18 | Q    Had you, Stephen O'Neal, approved this | |
| 19 | attorney-client agreement before it was signed? | |
| 20 | A    Yes. | 10:01:22 |
| 21 | Q    You did? | |
| 22 | A    Yes. | |
| 23 | This one right here that we are looking at, the | |
| 24 | one that's dated February 17, 1999, that you've marked | |
| 25 | as Exhibit 2? | 10:01:34 |

31

|    |                                                                              |          |
|----|------------------------------------------------------------------------------|----------|
| 1  | MR. HAYES:  Indeed.                                                          | 04:21:22 |
| 2  | MS. THURM:  I believe he signed it, it's just                                |          |
| 3  | the one you have given me --                                                 |          |
| 4  | MR. HAYES:  Yeah.                                                            |          |
| 5  | MS. THURM:  -- does not contain his signature.                               | 04:21:31 |
| 6  | MR. HAYES:  Okay.                                                            |          |
| 7  | THE WITNESS:  Yeah, the one that was marked by                               |          |
| 8  | the reporter does not have a signature on it either.                         |          |
| 9  | MR. HAYES:  It's copies of the same document.                                |          |
| 10 | We will see if we can fix that tonight.                                      | 04:21:39 |
| 11 | Q   Mr. O'Neal, did Thelen enter into these two                              |          |
| 12 | agreements, Exhibit 9, Exhibit 10?                                           |          |
| 13 | A   I believe so, yes.                                                       |          |
| 14 | Q   Was Mr. Fontana authorized to enter into these                           |          |
| 15 | two agreements?                                                              | 04:21:59 |
| 16 | A   Mr. Fontana is a partner in the firm.  So he's                           |          |
| 17 | authorized to enter into agreements on behalf of the                         |          |
| 18 | firm.                                                                        |          |
| 19 | If you are asking whether he obtained prior                                  |          |
| 20 | management approval for these two agreements, I don't                        | 04:22:10 |
| 21 | know the answer to that question.                                            |          |
| 22 | Q   Who would know the answer to the latter                                  |          |
| 23 | question of whether he had obtained prior firm approval?                     |          |
| 24 | A   I assume Mr. Fontana would.                                              |          |
| 25 | I'm not the 30(b)(6) designee on that question,                              | 04:22:32 |

246

```
1  STATE OF CALIFORNIA     )
2                          : SS
3  COUNTY OF SAN FRANCISCO )
4
5           I, ERIC GILLIAM, CSR NO. 3338, a
6  Certified Shorthand Reporter of the State of California,
7  do hereby certify:
8           That the foregoing proceedings were
9  taken before me at the time and place herein set
10 forth; that any witnesses in the foregoing
11 proceedings, prior to testifying, were placed under
12 oath; that a verbatim record of the proceedings was
13 made by me using machine shorthand which was
14 thereafter transcribed under my direction; further,
15 that the foregoing is an accurate transcription
16 thereof.
17          I further certify that I am neither
18 financially interested in the action nor a relative or
19 employee of any attorney or any of the parties.
20          IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22
23 Dated: 11/17/06
24                                 _____
25                                 ERIC GILLIAM, CSR NO. 3338
```