# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

THELEN REID BROWN RAYSMAN & STEINER LLP,

    Plaintiff and

    Counterclaim-Defendant,

    vs.                       Case No.:

FRANCOIS MARLAND,           C-06-02071 VRW

    Defendant and          Volume I

    Counterclaim-Plaintiff.
_____/
THELEN REID BROWN RAYSMAN & STEINER LLP,

    Counter-Counterclaimant,

    vs.

FRANCOIS MARLAND AND SUSANNAH MAAS,

    Counter-Counter Defendants.
_____/

CERTIFIED COPY

DEPOSITION OF GARY L. FONTANA

VOLUME I

Pages 1 through 319

February 22, 2007

CONTAINS CONFIDENTIAL PORTIONS

REPORTED BY:

ERIC GILLIAM, CSR NO. 3338

**U.S. LEGAL**
*Support*
Certified Shorthand Reporters
180 Montgomery Street, Suite 2180
San Francisco, CA 94104
888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

```
 1   are missing in this version of the document that I         2:46:22PM

 2   believe are in the original.

 3           So Marland believes that it's in his interest

 4   to do so, and he wants to amend the attorney-client

 5   agreement between them to achieve that result.             2:46:32PM

 6           So that's the waiver.

 7       Q   Okay.

 8       A   Or that's the recitation of Marland's position,

 9   which eliminates the need to a waiver.

10       Q   Which is it, Mr. Fontana?                          2:46:50PM

11       A   Both.

12       Q   Is it -- it's both?

13       A   Yeah.

14       Q   It's both a legally valid waiver and an

15   agreement that obviates the need for any actual waiver?    2:46:57PM

16       A   It is the waiver that I referred to later.

17   When I said there was a written waiver, this is the

18   document I had in mind.

19       Q   Okay.

20           Here's a document we have marked as Exhibit 5.     2:47:08PM

21           And here's a copy for your counsel.

22           Signed by you on the second page, production

23   Nos. TRP 1074 and 1075.

24       A   Okay.

25       Q   I take it this simply confirms what you just       2:47:49PM
```

                                                                    192

**U.S. Legal Support**

| | | |
|---|---|---|
| 1 | said, that you believe this was a document that both | 2:47:51PM |
| 2 | avoided a waiver and constituted a waiver. | |
| 3 |     A   No. | |
| 4 |        Let me restate for you so you get it clear in | |
| 5 | your mind. | 2:48:00PM |
| 6 |     Q   Please. | |
| 7 |     A   This is the document which memorialized the | |
| 8 | fact that there is no conflict.  This is the document | |
| 9 | that I referred to when I subsequently said there was a | |
| 10 | written waiver. | 2:48:12PM |
| 11 |        Whether or not this would qualify as a, quote, | |
| 12 | legal waiver as you talk about it, I just have no view. | |
| 13 |        But this is what I was talking about when the | |
| 14 | attorney general came back and said, you know, there is | |
| 15 | no -- well, actually, the AG said there is no | 2:48:30PM |
| 16 | possibility it's an unwaivable conflict, we disagreed | |
| 17 | with that, the AG said there's no waiver, we disagreed | |
| 18 | with that, and we also said, listen, if you want a | |
| 19 | waiver, we'll give you a waiver.  And Karl drafted a | |
| 20 | waiver. | 2:48:45PM |
| 21 |     Q   Okay. | |
| 22 |     A   But this is the document that I viewed as | |
| 23 | memorializing the fact that Marland had aligned his | |
| 24 | interest entirely with the commissioner. | |
| 25 |        And because Marland had made that decision, | 2:48:57PM |

```
1   STATE OF CALIFORNIA    )
2                          : SS
3   COUNTY OF SAN FRANCISCO )
4
5           I, ERIC GILLIAM, CSR NO. 3338, a
6   Certified Shorthand Reporter of the State of California,
7   do hereby certify:
8           That the foregoing proceedings were
9   taken before me at the time and place herein set
10  forth; that any witnesses in the foregoing
11  proceedings, prior to testifying, were placed under
12  oath; that a verbatim record of the proceedings was
13  made by me using machine shorthand which was
14  thereafter transcribed under my direction; further,
15  that the foregoing is an accurate transcription
16  thereof.
17          I further certify that I am neither
18  financially interested in the action nor a relative or
19  employee of any attorney or any of the parties.
20          IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22
23  Dated: 3/2/07
24                              [signature]
25                              ERIC GILLIAM, CSR NO. 3338
```

319