# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

**CERTIFIED COPY**

THELEN, REID, BROWN, RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,

    Plaintiff/Counter-Defendant,

vs.                    No. C 06-2071 VRW

FRANCOIS MARLAND,

    Defendant/Counter-Claimant,
-----------------------------------//
THELEN REID BROWN RAYSMAN &
STEINER LLP, fka THELEN REID
& PRIEST LLP,
    Counter-Counter-Claimant,
vs.
FRANCOIS MARLAND and SUSANNAH MAAS,
    Counter-Counter-Defendants.
-----------------------------------//

DEPOSITION OF

WYNNE S. CARVILL
Thursday, December 14th, 2006
Pages 266 through 290 are Deemed
Condifential and are Bound Separately

REPORTED BY:
KARLA SHALLENBERGER, CSR #10725

**U.S. LEGAL**
*Support*
*Certified Shorthand Reporters*
180 Montgomery Street, Suite 2180
San Francisco, CA 94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

| | | |
|---|---|---|
| 1 | is provided for in the December 2002 new agreement to | 13:26 |
| 2 | associate counsel, are you aware of any other writing | 13:26 |
| 3 | that purports to terminate, or revoke, or appeal, or | 13:27 |
| 4 | dissolve the June 1999 agreement to associate counsel? | 13:27 |
| 5 |     A.   The agreement to associate counsel?  I am | 13:27 |
| 6 | aware of amendments to it, but I think we covered some | 13:27 |
| 7 | today. | 13:27 |
| 8 |     Q.   Good point. | 13:27 |
| 9 |     A.   I am not aware of a document that purports | 13:27 |
| 10 | to terminate it, other than the document that I was in | 13:27 |
| 11 | the process of negotiating with the European Counsel. | 13:27 |
| 12 |     Q.   Okay.  Let me hand you a document we | 13:27 |
| 13 | previously marked as Exhibit 11. | 13:27 |
| 14 |     A.   I have a copy of 8, did you mean to give me | 13:28 |
| 15 | another one of that. | 13:28 |
| 16 |     Q.   No, this document is entitled "New | 13:28 |
| 17 | Agreement to Associated Counsel."  It does not have | 13:28 |
| 18 | production numbers on it.  I believe that's because it | 13:28 |
| 19 | was taken from the Exhibits to a court filing that | 13:28 |
| 20 | Thelen made. | 13:28 |
| 21 |     But, in any event, take whatever time you | 13:28 |
| 22 | need to look through it.  Tell me if you recognize it. | 13:28 |
| 23 |     A.   It looks to me like a true and correct copy | 13:28 |
| 24 | of the agreement that I negotiated between early June | 13:28 |
| 25 | and mid December 2002. | 13:28 |

104

**U.S. Legal Support**

```
 1  STATE OF CALIFORNIA       )
 2                            )
 3  COUNTY OF SAN FRANCISCO   )
 4
 5      I, Karla Shallenberger, do hereby certify:
 6      That I am a Certified Shorthand Reporter, License
 7  No. 10725 of the State of California;
 8      I fully, truly and correctly took down in
 9  shorthand writing all of the proceedings had and all
10  of the testimony given in said matter;
11      That I thereafter truly, fully and correctly
12  transcribed the same into typewriting, and that the
13  foregoing pages are a full, true and correct
14  transcript of my said notes taken at the time and
15  place therein stated.
16          IN WITNESS WHEREOF, I have hereunto set my
17  hand.  12-14-2006.
18                      [signature]
                        Karla Shallenberger
19                      Certified Shorthand Reporter
                        License No. 10725
20
21
22
23
24
25
```