KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
WENDY J. THURM - #163558
wthurm@kvn.com
BENEDICT Y. HUR - #224018
BENJAMIN BERKOWITZ - #244441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
THELEN REID BROWN RAYSMAN & STEINER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP<br><br>Plaintiff,<br><br>v.<br><br>FRANÇOIS MARLAND,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF JOHN J. KERR, JR. IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

405070.01

DECLARATION OF JOHN J. KERR, JR. IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
CASE NO.

I, JOHN J. KERR, JR., being first duly sworn, state as follows:

1. I am a partner of the law firm of Simpson Thacher & Bartlett LLP, and New York counsel for Thelen Reid Brown Raysman & Steiner LLP in the above-referenced matter. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Francois Marland's ("Marland") initial Demand for Arbitration, filed on February 13, 2006.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Thelen's Statement of Defense filed on March 24, 2006, in response to Marland's initial Demand for Arbitration.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated May 19, 2006, from Christian Paul Alberti at the International Centre for Dispute Resolution ("ICDR"), to Andrew W. Hayes (counsel for Marland), and me, stating that the ICDR would hold in abeyance the arbitration between Marland and Thelen.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email, dated October 3, 2007, from Mr. Hayes to Mr. Alberti, which Mr. Alberti then forwarded to me that same day.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a letter, dated October 15, 2007, from Mr. Hayes to Mr. Alberti, with a copy to me.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an e-mail, dated October 16, 2007, from me to Mr. Alberti, with a copy to Mr. Hayes.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter, dated November 5, 2007, from Mr. Alberti to Mr. Hayes and me.

I declare under penalty of perjury under the laws of the state of New York that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of November, 2007, in New York, New York.

JOHN J. KERR, JR.

1

DECLARATION OF JOHN J. KERR, JR. IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
CASE NO.

405070.01