# EXHIBIT 3



**International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

May 19, 2006

Andrew W. Hayes, Esq.
Hayes & Hardy LLP
45 Rockefeller Center, Suite 2000
New York, NY  10111

John J. Kerr, Esq.
425 Lexington Avenue
New York, NY  10017-0000

Re: 50 180 T 00082 06
    Francois Marland and RoNo LLC
    vs
    Thelen Reid & Priest LLP


Dear Counsel:

The ICDR acknowledges receipt of the following documents, copies of which we note were sent to opposing counsel:

- Mr. Hayes' two e-mails dated May 11, 2006 at 12:10 PM Eastern Time and 12:32 PM Eastern Time including the same attachment ("Amended Description of Petitioners' Claims");
- Mr. Kerr's e-mail dated May 11, 2006 at 4:44 PM Eastern Time including one attachment ("Stipulation and [Proposed] Order"); and
- Mr. Hayes' e-mail dated May 17, 2006 at 6:11 PM Eastern Time.

Unless we are advised to the contrary, the ICDR will place this matter in abeyance pending further notice from the parties. Please be so kind to submit a status update on or before **July 31, 2006**.

Sincerely,

*Christian Paul Alberti*

Christian Paul Alberti, Esq.
International Case Manager
212 484 4037
AlbertiC@adr.org

Michael Namias
ICDR Supervisor
212 484 4170
namiasm@adr.org

*A Division of the American Arbitration Association*