# EXHIBIT 4

**From:** Christian Alberti [mailto:Albertic@adr.org]
**Sent:** Wednesday, October 03, 2007 4:15 PM
**To:** Andrew W. Hayes; Kerr , John J
**Subject:** RE: Francois Marland and RoNo LLC vs Thelen Reid & Priest (ICDR Case 50 180 T 00082 06)
**Importance:** High

Dear Counsel,

The ICDR confirms receipt of Claimants' e-mail dated October 2, 2007.

As a courtesy, the ICDR will waive the ICDR abeyance fee for both parties subject to an official request by Claimants to reactivate this matter including sufficient proof that the court has lifted the stay or that this arbitration proceeding may proceed.  The attachment to Claimants' October 3 e-mail below seems to be an invoice rather than the court decision dated August 1, 2007.  We have, therefore, decided to not share this attachment with Respondent as it may be of confidential nature.  We also will not make it part of the file unless advised otherwise by Claimants and shared with Respondent.

As per the additional claims may I refer you to Article 4 of the ICDR Rules which states:

"*During the arbitral proceedings, any party may amend or supplement its claim, counterclaim or defense, unless the tribunal considers it inappropriate to allow such amendment or supplement because of the party's delay in making it, prejudice to the other parties or any other circumstances. A party may not amend or supplement a claim or counterclaim if the amendment or supplement would fall outside the scope of the agreement to arbitrate*."

As no Tribunal has yet been appointed, Claimants may submit their Amended Demand for Arbitration along with their motion to lift the stay to my attention.  Respondent will then be invited to submit comments within 30 days from the date the ICDR has conformed receipt of the amended demand.  The Tribunal will then make any further decisions once appointed.

I would also propose that we schedule a short conference call with both counsel in order to discuss the further steps regarding the arbitrator selection process.

Please do not hesitate to contact me via phone or e-mail should you have any questions or concerns.


Sincerely,

Christian P. Alberti, LL.M.
Attorney-at-Law, Germany

ICDR Solutions Manager
International Centre for Dispute Resolution®
A Division of the American Arbitration Association
1633 Broadway, 10th Fl., New York, NY 10019
Phone: +01 212.484.4037
Fax: +01 212.246.7274
e-Mail: AlbertiC@adr.org
http://www.icdr.org

**Register Now:**
**The ICDR International Reporting Program**
Focus Areas: International ADR Roundtable, Latin America, European Union,

ICDR's Technology for ADR Services
**New York, NY**
**Friday, October 12, 2007**
To register visit: http://www.adr.org/OnlineRegistrations.asp
or contact Noelia Martinez at +01 212.716.3977 or by e-mail at AAAUniversity@adr.org.

This e-mail transmission is intended only for the use of the person or persons to whom it is addressed. It may contain information that is confidential, privileged or otherwise exempt from disclosure. If you are not the intended recipient you are hereby notified that any dissemination of this e-mail is prohibited. If you have received this e-mail in error please notify the sender by return e-mail and then delete it immediately.

-----Original Message-----
**From:** Andrew W. Hayes [mailto:ahayes@hayes-maloney.com]
**Sent:** Wednesday, October 03, 2007 3:23 PM
**To:** Christian Alberti
**Subject:** RE: Francois Marland and RoNo LLC vs Thelen Reid & Priest (ICDR Case 50 180 T 00082 06)

Dear Mr. Alberti,

Respondent Thelen's counsel has advised me that they have changed their position and will pay their share of the abeyance fee. Could you please advise whether that payment has been received, so that I can know what to remit tomorrow on behalf of the Claimants?

I also have two questions regarding the arbitration itself:

First, by decision dated August 1, 2007, the federal court also expressly denied Thelen's request to enjoin the arbitration, and the arbitration should therefore be returned to active status. (I assume this does not change the fact that the abeyance fee is still due.)

Second, after Claimants filed their amended notice of claim last year, Thelen withheld the Claimant's share of funds that were recently received by Thelen, and which are due and payable to the Claimants. I have been instructed to amend the statement of claim to seek payment of these funds through the arbitration, and to seek to arbitrate certain other claims that the federal court declined to adjudicate, which Thelen had previously acknowledged were outside the scope of the motions before the Court. Please let me know if you see a problem in proceeding in that manner.

I have attached a copy of the court's order for your reference.

Sincerely,

Andrew Hayes

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, N.Y.  10020-2003
Tel  212-554-3125
Fax 212-554-3121
Cell 917-770-0180
_____

This message is intended only for the person or entity to whom it is addressed and may contain confidential or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may violate applicable ethical rules.  If you received this transmission in error, please contact the sender by reply e-mail or by telephone (212-554-3125) and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.

Hayes & Maloney LLP is not providing any advice with respect to any tax issue in connection with this matter.