# EXHIBIT 7



Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

November 5, 2007

Andrew W. Hayes, Esq
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY  10020-2003

John J. Kerr, Esq.
425 Lexington Avenue
New York, NY  10017-0000

Re: 50 180 T 00082 06
    Francois Marland and RoNo LLC
    vs
    Thelen Reid & Priest LLP


Dear Counsel,

After careful consideration of the parties' submissions received to date, the ICDR has decided that this matter will be reactivated and that the arbitration process will proceed with the appointment of a single arbitrator to hear this matter.

As indicated during our last conference call, we will appoint the highest ranked arbitrator regarding the lists we have received from the parties on May 4, 2006, unless the parties mutually agree to a different approach or wish to reconsider their selections. If so, please discuss with opposing Counsel and advise the ICDR accordingly by no later than **12 PM Eastern Time on November 8, 2007**.

Please also note that, Mr. Guillaume Lemenez, ICDR Case Manager, will administer this matter and will be your primary contact at the ICDR. His Supervisor is Mr. Michael Namias. Please find their contact details below. Mr. Lemenez will provide Counsel with further instructions shortly.

It has been a pleasure to work with you and I will remain available to you in my position as the ICDR's Solutions Manager should the parties wish to have additional services beyond case management.

Sincerely,

## *Christian Paul Alberti*

Christian Paul Alberti, LL.M.
Attorney-at-Law, Germany

ICDR Solutions Manager
212 484 4037
AlbertiC@adr.org

*A Division of the American Arbitration Association*

Guillaume Lemenez, LL.M.
ICDR Case Manager
212 484 3262
LemenezG@adr.org

Michael Namias
ICDR Supervisor
212 484 4170
NamiasM@adr.org