KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
WENDY J. THURM - #163558
wthurm@kvn.com
BENEDICT Y. HUR - #224018
BENJAMIN BERKOWITZ - #244441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
THELEN REID BROWN RAYSMAN & STEINER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP<br><br>           Plaintiff,<br><br>      v.<br><br>FRANÇOIS MARLAND,<br><br>           Defendant. | Case No.<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S MOTION  FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
CASE NO.

405061.01

In support of its *Ex Parte* Application for a Temporary Retraining Order and Preliminary Injunction, Plaintiff Thelen Reid Brown Raysman & Steiner LLP ("Thelen") hereby requests that this Court take judicial notice of the attached documents. The attached documents are properly subject to judicial notice under Federal Rule of Evidence 201(b)(2) because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Under Rule 201, this Court "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006).

1. The following documents are court filings in an action previously filed in this Court entitled *Thelen Reid Brown Raysman & Steiner, LLP v. Francois Marland et al.*, Case No. C 06-2071 VRW:

- Thelen's Complaint for Declaratory and Injunctive Relief, filed as Docket # 1 on March 20, 2007. A true and correct copy of this pleading is attached as **Exhibit 1**.

- Thelen's First Amended Complaint for Declaratory and Injunctive Relief, filed as Docket # 11 on May 3, 2006. A true and correct copy of this pleading is attached as **Exhibit 2**.

- Stipulation and Order staying New York Arbitration Proceeding, filed as Docket # 13 on May 22, 2006. A true and correct copy of this stipulation is attached as **Exhibit 3**.

- Marland's Answer and Counter Claims, filed as Docket # 14 on May 23, 2006. A true and correct copy of this pleading is attached as **Exhibit 4**.

- Thelen's Answer to Marland's Counterclaims and Counter-Counterclaims Against François Marland, Philippe Brunswick and Susannah Maas, filed as Docket # 38 on September 29, 2006. A true and correct copy of this pleading is attached as **Exhibit 5**.

---

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S MOTION FOR <u>TEMPORARY RESTRAINING ORDER</u> AND <u>PRELIMINARY INJUNCTION</u>
CASE NO.

405061.01

- Thelen's Motion for Partial Summary Judgment, filed as Docket # 144 on March 8, 2007.  A true and correct copy of this pleading is attached as **Exhibit 6**.

- Thelen's Motion for (1) Summary Judgment, (2) Judgment on the Pleadings and (3) Permanent Injunction or the in Alternative, Preliminary Injunction, filed as Docket # 181 on April 5, 2007.  A true and correct copy of this pleading is attached as **Exhibit 7**.

- Marland's Motion for Summary Judgment, filed as Docket # 184 on April 5, 2007.  A true and correct copy of this pleading is attached as **Exhibit 8**.

- Transcript of the Hearing on Thelen and Marland's Motions for Summary Judgment, held May 10, 2007 and entered on the Court's docket as Docket # 250.  A true and correct copy of this transcript is attached as **Exhibit 9**.

- Chief Judge Walker's Order granting summary judgment to Thelen, and denying summary judgment to Marland, filed as Docket # 320 on August 1, 2007.  A true and correct copy of this Order is attached as **Exhibit 10**.

- Marland's Notice of Appeal, filed as Docket # 330 on August 23, 2007.  A true and correct copy of this pleading is attached as **Exhibit 11.**

- Marland's Docketing Statement, filed as Docket # 330 on August 23, 2007.  A true and correct copy of this pleading is attached as **Exhibit 12**.

2.  The following document is a printout from the website for the Delaware Secretary of State, which can be found at www.sos-res.state.de.us/tin/GINameSearch.jsp.  This document

is a part of the public record of Secretary of State of Delaware.

- A printout from the State of Delaware's Secretary of State's website for the entity RoNo, LLC, printed October 17, 2007 is attached as **Exhibit 13**.

Dated: November 7, 2007                          KEKER & VAN NEST, LLP

By: *Wendy J. Thurm* (signature)
WENDY J. THURM
Attorneys for Plaintiff
THELEN REID BROWN RAYSMAN &
STEINER LLP