# EXHIBIT 11

1  DONALD W. CARLSON [Bar No.: 79258] dcarlson@ccplaw.com
2  GUY D. CALLADINE [Bar No.: 99431] gcalladine@ccplaw.com
   CARLSON, CALLADINE & PETERSON LLP
3  353 Sacramento Street, 16th Floor
   San Francisco, California 94111
4  Telephone:    (415) 391-3911
   Facsimile:    (415) 391-3898

5  ANDREW W. HAYES (*pro hac vice*)
   HAYES & HARDY LLP
6  1 Rockefeller Plaza, Suite 1005
   New York, New York 10020
7  Telephone:    (212) 554-3120
   Facsimile:    (212) 554-3121

8
   Attorneys for Defendant,
9  Counterclaim-Plaintiff and
   Counter-Counter Defendant
10 FRANÇOIS MARLAND

**ORIGINAL
FILED**

AUG 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15 THELEN REID BROWN RAYSMAN &        )   CASE NO.:   C-06-02071 VRW
   STEINER LLP, fka THELEN REID &     )
16 PRIEST LLP,                        )   **NOTICE OF APPEAL**
                                      )
17         Plaintiff and Counterclaim-Defendant,  )   **Judge:  Vaughn R. Walker**
                                      )
18         vs.                        )
                                      )
19 FRANÇOIS MARLAND,                  )
                                      )
20         Defendant and Counterclaim-Plaintiff  )
                                      )
21 _____  )
                                      )
22 THELEN REID BROWN RAYSMAN &        )
   STEINER LLP, fka THELEN REID &     )
23 PRIEST LLP,                        )
                                      )
24         Counter-Counterclaimant,   )
                                      )
25         vs.                        )
                                      )
26 FRANÇOIS MARLAND, PHILIPPE         )
   BRUNSWICK and SUSANNAH MAAS,       )
27                                    )
           Counter-Counter Defendants.  )
28 _____  )

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

**NOTICE OF APPEAL**

**CASE NO.: C-06-02071 VRW**

1

2   Notice is hereby given that François Marland, defendant, counterclaimant and counter-

3   counterdefendant in the above named case ("Marland"), hereby appeals to the United States Court

4   of Appeals for the Ninth Circuit from the District Court's Order dated August 1, 2007, and the

5   Judgment dated August 3, 2007, in so far as  that Order and Judgment (1) granted plaintiff,

6   counterdefendant and counter-counterclaimant Thelen Reid Brown Raysman & Steiner LLP's

7   ("Thelen") motion for summary judgment as to Thelen's first claim for declaratory relief; (2)

8   granted Thelen's motion for summary judgment as to Marland's first, second, fourth and fifth

9   counterclaims; (3) granted Thelen's motion for summary judgment as to Marland's fifth

10  affirmative defense; (4) denied Marland's motion for summary judgment as to Marland's second

11  counterclaim; denied Marland's motion for summary judgment as to Marland's first, third and six

12  through ninth affirmative defenses; (5) denied Marland's motion to dismiss Thelen's counter-

13  counterclaims as untimely and improperly pled, rather than as moot; (6) denied Marland's motion

14  to compel Thelen to pay over $612,500 Thelen admitted it owed to Marland since the summer of

15  2006; and (7) dismissed Marland's other claims, including claims for against which Thelen had

16  not moved for relief.

17  True and correct copies of the Order and Judgment appealed from are attached hereto at

18  Exhibit A and B, respectively.

19  A service list containing names and addresses of all counsel to be served is attached hereto

20  as Exhibit C.

21  Dated:  August 21, 2007

22  CARLSON, CALLADINE & PETERSON
    LLP and
23  HAYES & HARDY LLP

24
    By: *Andrew W. Hayes*
25  ANDREW W. HAYES

26  Attorneys for Defendant, Counterclaim-
    Plaintiff and counter-counterdefendant
27  FRANÇOIS MARLAND

28

**NOTICE OF APPEAL**

**CASE NO.: C-06-02071 VRW**

CARLSON CALLADINE & PETERSON LLP
355 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111