IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANÇOIS MARLAND,<br><br>        Defendant.                              / | No. C 07-05663 SI<br><br>**ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)** |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Thelen Reid Brown Raysman & Steiner LLP v. Marland et al.*, No. C 06-2071 VRW, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: November 7, 2007

SUSAN ILLSTON
United States District Judge