United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   THELEN REID BROWN RAYSMAN &              No. C 07-05663 SI
    STEINER LLP,
9                                           **ORDER REFERRING CASE FOR
              Plaintiff,                     REVIEW PURSUANT TO CIVIL LOCAL
10                                           RULE 3-12(c)**
           v.
11
    FRANÇOIS MARLAND,
12
              Defendant.
13   _____/
14
15        Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Thelen*
16   *Reid Brown Raysman & Steiner LLP v. Marland et al.*, No. C 06-2071 VRW, for determination whether
     the cases are related.  This Clerk shall send this order to all parties in both cases, and, pursuant to Civil
17   Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases
18   pursuant to Civil Local Rule 3-12(d).
19        **IT IS SO ORDERED.**
20
21
     Dated: November 7, 2007          _____
22                                     SUSAN ILLSTON
23                                     United States District Judge
24
25
26
27
28