```
 1  KEKER & VAN NEST, LLP
    ROBERT A. VAN NEST - #84065
 2  WENDY J. THURM - #163558
    BENEDICT Y. HUR - #224018
 3  BENJAMIN W. BERKOWITZ - #244441
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Plaintiff, Counter-Defendant, and
    Counter-Counter-Claimant
 7  THELEN REID BROWN RAYSMAN & STEINER LLP
        fka THELEN REID & PRIEST LLP
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>FRANÇOIS MARLAND,<br><br>    Defendant and Counter-Claimant. | Case No. C 06-2071 VRW<br><br>**DECLARATION OF WENDY J. THURM IN SUPPORT OF MOTION TO RELATE** *THELEN REID BROWN RAYSMAN & STEINER LLP V. FRANCOIS MARLAND*, **CASE NO. C07-5663 TO THIS CASE** |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Counter-Counter-Claimant,<br><br>    v.<br><br>FRANÇOIS MARLAND, PHILIPPE BRUNSWICK and SUSANNAH MAAS,<br><br>    Counter-Counter-Defendants. | |

---

DECLARATION OF WENDY J. THURM IN SUPPORT OF MOTION TO RELATE *THELEN REID BROWN RAYSMAN & STEINER LLP V. FRANCOIS MARLAND*, CASE NO. C07-5663 TO THIS CASE
CASE NO. C 06-2071 VRW

405854.01

I, Wendy J. Thurm, declare as follows:

1. I am an attorney duly licensed to practice before this Court and a partner at the law firm of Keker & Van Nest LLP, counsel of record for Thelen Reid Brown Raysman & Steiner LLP in this matter and in *Thelen Reid Brown Raysman & Steiner LLP v. Francois Marland*, Case No. C 07-5663 SI (filed November 7, 2007) (*"Thelen v. Marland II"*).  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On November 7, 2007, at approximately 2:15 pm PST, I spoke with Andrew W. Hayes, counsel for Francois Marland, to request that he stipulate to relate *Thelen v. Marland II* to this action. Mr. Hayes stated that he was not in a position at that time to agree that the cases should be related.

3. At 2:45 pm PST that day, I received an e-mail from Mr. Hayes to me and to Tracy Sutton, Clerk to Judge Susan Illston, stating Ms. Sutton had informed him that Judge Illston would conduct a hearing on Thelen's *Ex Parte* Application for a TRO on November 15, 2007, at 3:30 pm and that "Marland opposes any request to transfer the matter to Judge Walker prior to the decision on Thelen's TRO request, unless Judge Walker's schedule would allow him to also hold a hearing next week on Thelen's TRO request." At 2:52 pm, Ms. Sutton replied, confirming that the hearing date and time, and setting a briefing schedule. Attached hereto as Exhibit A is a true and correct copy of this e-mail exchange.

4. At 3:29 pm, I received by e-mail a notification from the Court's ECF Filing System that Judge Illston had referred *Thelen v. Marland II* to this Court to consider whether that case should be related to this case.

5. On November 8, 2007, Thelen's New York counsel in this matter—John J. Kerr, Jr. of Simpson Thacher & Bartlett LLP—sent a letter to the International Centre for Dispute Resolution in New York, informing them of Thelen's *Ex Parte* Application for a TRO, and that Judge Illston had scheduled a hearing on matter for November 15, 2007 at 3:30 pm PST. Attached hereto as Exhibit B is a true and correct copy of Mr. Kerr's letter, which Mr. Kerr provided to me.

---

1

DECLARATION OF WENDY J. THURM IN SUPPORT OF MOTION TO RELATE *THELEN REID BROWN RAYSMAN & STEINER LLP V. FRANCOIS MARLAND*, CASE NO. C07-5663 TO THIS CASE
CASE NO. C 06-2071 VRW.

405854.01

1   6. On November 8, 2007, the ICDR responded to Mr. Kerr's letter by e-mail. Attached hereto as Exhibit C is a true and correct copy of the ICDR's e-mail to Mr. Kerr and Mr. Hayes, which Mr. Kerr provided to me.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of November, 2007, in San Francisco, California.

       /s/ Wendy J. Thurm
      WENDY J. THURM

2
DECLARATION OF WENDY J. THURM IN SUPPORT OF MOTION TO RELATE *THELEN REID BROWN RAYSMAN & STEINER LLP V. FRANCOIS MARLAND*, CASE NO. C07-5663 TO THIS CASE
CASE NO. C 06-2071 VRW.

405854.01