## Wendy Thurm

**From:** Tracy_Sutton@cand.uscourts.gov
**Sent:** Wednesday, November 07, 2007 2:51 PM
**To:** Andrew W. Hayes
**Cc:** Wendy Thurm
**Subject:** RE: Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Thank you.

I have been told that the opposition will be filed 11/9/07 (with hand service on chambers). Any reply shall be filed and served early 11/13..

Thank you.

"Andrew W. Hayes" <ahayes@hayes-maloney.com>

11/07/2007 02:44 PM

To "Wendy Thurm" <WThurm@KVN.com>
cc <tracy_sutton@cand.uscourts.gov>
Subject RE: Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Wendy,

Agreed, regarding the schedule before Judge Illston. Please also note that Judge Illston's courtroom deputy, who asked to be copied on this message, has advised that the court has set a hearing on Thelen's TRO request for November 15 at 3:30 pm, and granted my request to attend telephonically.

Given this schedule, please note that Marland opposes any request to transfer the matter to Judge Walker prior to the decision on Thelen's TRO request, unless Judge Walker's schedule would allow him to also hold a hearing next week on Thelen's TRO request.

Regards,

Andrew

Andrew W. Hayes

11/8/2007

Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, N.Y. 10020-2075
Tel 212-554-3120
Fax 212-554-3121
Cell 917-770-0180

---

This message is intended only for the person or entity to whom it is addressed and may contain confidential or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may violate applicable ethical rules. If you received this transmission in error, please contact the sender by reply e-mail or by telephone (212-554-3120) and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.
Hayes & Maloney LLP is not providing any advice with respect to any tax issue in connection with this matter.

**From:** Wendy Thurm [mailto:WThurm@KVN.com]
**Sent:** Wednesday, November 07, 2007 5:22 PM
**To:** Andrew W. Hayes; Matthew G. Friedman; Guy Calladine; edonohue@ccplaw.com
**Subject:** RE: Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Andrew,

This will confirm our telephone discussion.

We can agree with your proposal, with one modification. We believe the ICDR deadline should be postponed until after the Court rules on Thelen's Application for a TRO, which may or may not occur by Tuesday, November 13. Monday, November 12 is Veterans Day, a federal holiday, and the Court is closed. We are available for a hearing on Tuesday, November 13.

By separate e-mail to the ICDR, we will respond to your requested extension of tomorrow's deadline, and propose that the ICDR deadline be extended until after the Court rules on the TRO.

Further, you stated that you were not in a position to state whether you would stipulate to an Administrative Motion to Relate Cases, referring this case to Judge Walker.

I will confirm this information with Judge Illston's clerk.

By my silence, I do not accept the misstatements in your email to me or to the ICDR, but will not take the time to respond.

Wendy

---

**From:** Andrew W. Hayes [mailto:ahayes@hayes-maloney.com]
**Sent:** Wednesday, November 07, 2007 1:42 PM

11/8/2007

**To:** Wendy Thurm; Matthew G. Friedman; Guy Calladine; edonohue@ccplaw.com
**Subject:** RE: Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Wendy,

At 1:02 pm today – a half-hour ago – your assistant sent me copies of papers you had apparently already filed, but which you had refused to send to me, despite my request earlier this morning, until after the court's clerk suggested that you did not need to wait until receiving a file-stamped copy of the papers to serve opposing counsel.  (Had you proceeded in this fashion in state or federal court in New York, you would have violated several rules and your papers would not have been considered for filing.)

At about the same time, I received a call from the judge's clerk, who asked me to call you and work out a schedule for Marland's response to the TRO request right away, because you had called chambers and insisted there was some imminent deadline of tomorrow noon (eastern time), which purportedly required a ruling from the court today, and absent an agreement Marland's response would be due by 3 pm today (i.e., less than two hours after service).

You did not seem to have explained to the court the true nature of the "deadline" you claimed to necessitate this emergency relief – in fact, is it simply a deadline to advise the ICDR of whether the parties have agreed to an alternate means of arbitrator selection.  Thelen is not actually required to do anything by that "deadline".

There are, in fact, many things wrong with your filing, and it would be unfair to my client to be rushed into a response that did not at least note the many reasons why your purported emergency is non-existent.  I will therefore advise the ICDR that the parties are in discussion regarding the method of selecting an arbitrator, and it should extend the November 8 "deadline" until November 13.  This will give Marland time to submit a response to the TRO by close of business on Friday, and the Court can schedule a hearing at its convenience on Monday.

If you do not agree to this schedule, please let me know immediately so that I can advise the court.

Andrew


Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, N.Y.  10020-2075
Tel  212-554-3120
Fax 212-554-3121
Cell 917-770-0180

---

11/8/2007

This message is intended only for the person or entity to whom it is addressed and may contain confidential or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may violate applicable ethical rules. If you received this transmission in error, please contact the sender by reply e-mail or by telephone (212-554-3120) and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.
Hayes & Maloney LLP is not providing any advice with respect to any tax issue in connection with this matter.

**From:** Wendy Thurm [mailto:WThurm@KVN.com]
**Sent:** Wednesday, November 07, 2007 1:09 PM
**To:** Andrew W. Hayes; Matthew G. Friedman; Guy Calladine; edonohue@ccplaw.com
**Subject:** Thelen v. Marland -- Notice of Intent to Seek Temporary Restraining Order

Gentlemen,

Pursuant to Fed. R. Civ. P. 65 and Northern District of California Civil Local Rule 65, I write to inform you that Thelen Reid Brown Raysman & Steiner LLP ("Thelen") intends to seek a Temporary Restraining Order and Preliminary Injunction against your client Francois Marland. Thelen intends to seek an order enjoining Mr. Marland (through himself and his agents) from pursuing the arbitration he initiated against Thelen with the American Arbitration Association in New York (Arb. No. 50 180 T 00082 06).

Later this morning, Thelen will file a complaint and an *Ex Parte* Application for a TRO and Preliminary Injunction in the Northern District of California. I will inform the Court that Thelen is available for a hearing at the Court's convenience, and will also provide the Court with your contact information. Thelen will also serve you electronically with a copy of the TRO/PI and the complaint after they have been filed.

Please let me know if you are authorized to accept service of the complaint on behalf of Mr. Marland.

Please let me know by close of business today whether you will stipulate to a Notice of Related Case, relating this new action to the action entitled *Thelen Reid Brown Raysman & Steiner LLP v. Francois Marland et al*, Case No. C 06-2071 VRW.

Thank you.

Wendy J. Thurm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com

11/8/2007