```
From: Guillaume Lemenez <Lemenezg@adr.org>
To: ahayes@hayes-maloney.com <ahayes@hayes-maloney.com>; Kerr , John J;
mfriedman@hayes-maloney.com <mfriedman@hayes-maloney.com>
Sent: Thu Nov 08 11:47:16 2007
Subject: RE: Marland v. Thelen Reid -- ICDR Case No. 50 180 T 00082 06
```

Gentlemen:

This is to confirm receipt of Mr. Kerr's letter in response to Mr. Hayes's request for extension.

Further to my telephone conversations with Mr. Kerr and Mr. Hayes, this is to confirm that the ICDR has decided to extend the deadline for the parties to submit their comments regarding the selection of the arbitrator through November 15, 2007. Please note that absent an agreement from the parties or a court order staying this arbitration by this date, we will proceed with the appointment of the arbitrator.

Sincerely,
Guillaume

--------------------
Guillaume Lemenez de Kerdelleau, Esq.
Attorney-at-Law, New York, France

International Case Manager
International Centre for Dispute Resolution A Division of the American Arbitration Association
1633 Broadway, 10th Fl., New York, NY 10019 Ph. +1 212.484.3262
Fx: +1 212.246.7274
Em: lemenezg@adr.org
www.ICDR.org

Register Now:

The ICDR International Reporting Program

Focus Areas: Latin American International Roundtable, Middle East & North Africa,

Asia Pacific, ICDR's Technology for ADR Services

Washington, DC

Friday, November 9, 2007

To register visit: <http://www.adr.org/OnlineRegistrations.asp>

or contact Noelia Martinez at +01 212.716.3977 or by e-mail at AAAUniversity@adr.org <mailto:AAAUniversity@adr.org>.

This e-mail transmission is intended only for the use of the person or persons to whom it is addressed. It may contain information that is confidential, privileged or otherwise exempt from disclosure. If you are not the intended recipient you are hereby notified that any dissemination of this e-mail is prohibited. If you have received this e-mail in error please notify the sender by return e-mail and then delete it immediately.

```
-----Original Message-----
From: Abravanel, Karen [mailto:KAbravanel@stblaw.com]
Sent: Thursday, November 08, 2007 10:58 AM
To: Guillaume Lemenez
Cc: ahayes@hayes-maloney.com; Kerr , John J
Subject: Marland v. Thelen Reid -- ICDR Case No. 50 180 T 00082 06
```

Dear Mr. Lemenez:

Attached please find a letter with regard to the above-referenced arbitration.

Sincerely,

Karen Abravanel

<<Document.pdf>>

———————————————

Karen Abravanel
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Tel:  (212) 455-7985
Fax: (212) 455-2502
kabravanel@stblaw.com

———————————————