**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>        Plaintiff and<br>        Counterdefendant,<br><br>        v<br><br>FRANÇOIS MARLAND,<br><br>        Defendant and<br>        Counterclaimant.<br>_____/ | No C 06-2071 VRW |
| THELEN REID BROWN RAYSMAN & STEINER LLP,<br><br>        Plaintiff,<br><br>        v<br><br>FRANÇOIS MARLAND,<br><br>        Defendant.<br>_____/ | No C 07-5663 SI<br><br><br>ORDER |

         A motion to relate the above cases has been filed pursuant to Civ Loc Rule 3-12(b).  Doc #340 in 06-2071.  In addition, an order has been entered referring the later-filed case

1 to the undersigned chief judge for determination of relation
2 pursuant to Civ Loc Rule 3-12(c).  Doc #7 in 07-5663.  The court,
3 having reviewed the motion and the complaint in 07-5663, finds that
4 the cases are related.

5       Counsel are instructed that all future filings in
6 C 07-5663 are to bear the initials of the undersigned chief judge.
7 The parties shall appear for a hearing on plaintiff's pending ex
8 parte application for a temporary restraining order on November 15,
9 2007 at 2:30pm.  Counsel for defendant may appear telephonically.
10 Consistent with the agreement made by the parties and communicated
11 to the court, defendant's opposition is to be filed by November 9,
12 2007.  Plaintiff may file a reply on or before November 13, 2007.

14       IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge