1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  WENDY J. THURM - #163558
   BENEDICT Y. HUR - #224018
3  BENJAMIN BERKOWITZ - #244441
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff
   THELEN REID BROWN RAYSMAN & STEINER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THELEN REID BROWN RAYSMAN & STEINER LLP,<br><br>     Plaintiff,<br><br> v.<br><br>FRANÇOIS MARLAND,<br><br>     Defendant. | Case No. C 07-5663 VRW<br><br>**SUPPLEMENTAL DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u>**<br><br>Date:  November 15, 2007<br>Time:  2:30 pm<br>Dept:  Courtroom 6<br>Judge:  Hon. Vaughn R. Walker |
|---|---|

406280.01

SUPPLEMENTAL DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u>
CASE NO. C 07-5663 VRW

1    I, Wendy J. Thurm, declare as follows:

2    1.    I am an attorney duly licensed to practice before this Court and a partner of the law firm of Keker & Van Nest LLP, counsel of record for Thelen Reid Brown Raysman & Steiner LLP in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.    I was responsible for filing Thelen's Complaint and *Ex Parte* Application for Temporary Restraining Order in this action. At approximately 12 noon on November 7, 2007, I authorized my assistant to have a messenger pick up the Complaint and the *Ex Parte* Application and file it with the Clerk's office in the Northern District of California.

3.    At approximately 12:30 p.m., I received a call from the Clerk's office, asking me if Thelen was requesting a hearing for that afternoon. I told the Clerk that Thelen would submit its TRO request on the papers without a hearing, but that I was available to participate in a hearing if necessary. The Clerk then informed me that the case had been assigned to Judge Susan Illston. The Clerk suggested that I speak directly with Judge Illston's clerk, Tracy Sutton. The Clerk then transferred the call to Judge Illston's chambers.

4.    I then spoke directly with Ms. Sutton. At the time we spoke, Ms. Sutton had not yet received the Complaint and TRO Application from the Clerk's office. I re-iterated that Thelen would forgo a hearing on its TRO, but that I was available for a hearing if necessary. I briefly explained to Ms. Sutton the nature of Thelen's TRO request, and the November 8, 2007 deadline set by the International Centre for Dispute Resolution. Ms. Sutton suggested that Thelen request an extension of the November 8 deadline from the ICDR, and I agreed to make such a request.

5.    Ms. Sutton then informed me that Judge Illston would not grant the TRO request without providing the opposing party an opportunity to respond. I informed Ms. Sutton that the defendant, Francois Marland, was represented by Andrew Hayes, and provided Ms. Sutton with Mr. Hayes' email and telephone number. I told Ms. Sutton that Thelen had not yet served Mr. Hayes with the Complaint and TRO Application, and she requested that I do so immediately. My conversation with Ms. Sutton last approximately 15 minutes.

1

SUPPLEMENTAL DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u>
CASE NO. C 07-5663 VRW

406280.01

1    6.   As soon as my conversation with Ms. Sutton ended, I directed my assistant, Laura
2 Lind, to e-mail the unfiled copies of Thelen's Complaint and TRO Application to Mr. Hayes.
3 My e-mail records indicate that Ms. Lind e-mailed the Complaint and TRO Application to Mr.
4 Hayes at 1:03 p.m.  Attached hereto as **Exhibit A** is a true and correct copy of this email, from
5 Ms. Lind, to Andrew Hayes, with a copy to me.
6    7.   Attached hereto as **Exhibit B** is a true and correct copy of pages 113-116, 118-
7 119 of the transcript of the Deposition of Wynne S. Carvill, taken December 14, 2006 in *Thelen*
8 *Reid Brown Raysman & Steiner v. Francois Marland*, Case No. C 06-2071 VRW.
9    I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct to the best of my knowledge. Executed this 13th day of November,
11 2007, in San Francisco, California.

                                                          /s/ Wendy J. Thurm
                                                          WENDY J. THURM

2
SUPPLEMENTAL DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN REID BROWN
RAYSMAN & STEINER LLP'S *EX PARTE* APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u>
CASE NO. C 07-5663 VRW

406280.01