# EXHIBIT A

# Wendy Thurm

| | |
|---|---|
| **From:** | Laura Lind |
| **Sent:** | Wednesday, November 07, 2007 1:03 PM |
| **To:** | 'ahayes@hayes-maloney.com' |
| **Cc:** | Wendy Thurm |
| **Subject:** | Thelen Reid Brown Raysman & Steiner LLP v. Marland / USDC, Northern District of California Case No. C-07-5663 SI |
| **Attachments:** | Civil Cover Sheet.pdf; Summons.pdf; Complaint with Exhibits.pdf; Ex Parte App for TRO and PI.pdf; Thurm Declaration.pdf; Kerr Declaration.pdf; Request for Judicial Notice.pdf; Proposed Order Granting TRO and OSC.pdf |

Attached are documents filed today in the above-referenced matter (C-07-5663 SI). The case has been assigned to Judge Illston. Judge Illston's clerk, Tracy Sutton, should be contacting you today. Her telephone number is (415) 522-2028. Due to the size of the exhibits of a few of these documents, a separate email will follow with complete exhibits to the declarations and the Request for Judicial Notice.

  

Civil Cover Sheet.pdf (161 KB)..    Summons.pdf (48 KB)    Complaint with Exhibits.pdf (1...

    

Ex Parte App for TRO and PI.pd...    Thurm Declaration.pdf (65 K...    Kerr Declaration.pdf (52 K...    Request for Judicial Notice.pd...    Proposed Order Granting TRO an...

Thanks!
Laura x2254

**Laura Lind, Assistant to**
**Wendy J. Thurm**
**Keker & Van Nest LLP**
**710 Sansome Street**
**San Francisco, CA 94111**
**(415) 391-5400**

1