# EXHIBIT 1

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

212-455-3805

E-MAIL ADDRESS

jkerr@stblaw.com

April 10, 2006

Re:    Marland v. Thelen Reid, No. 50 180 T 00082 06

Christian Alberti, Esq.
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

Dear Mr. Alberti:

In your letter dated March 20, 2006, you instructed the parties in the above-referenced case either to agree on the selection of an arbitrator, or absent such an agreement, to strike, rank and return the list of 10 potential arbitrators submitted by you, by close of business today. The parties are not in agreement on the selection of an arbitrator. Rather than proceed with the list process, we request the postponement of the arbitrator selection for reasons set forth below.

In its submission dated March 24, 2006, Thelen Reid & Priest ("Thelen") objected to this arbitration proceeding on jurisdictional and other grounds. On March 20, 2006, Thelen filed an action in the United States District Court for the Northern District of California requesting, among other things, a declaration that the claims asserted in this arbitration were released by a December 2002 Agreement between the parties and, in addition, are time-barred by the statute of limitations, and a permanent injunction prohibiting Marland from pursuing this arbitration (the "California Action"). On March 24, 2006, Thelen moved for a preliminary injunction in the California Action requesting that this arbitration be enjoined

LOS ANGELES        PALO ALTO        HONG KONG        LONDON        TOKYO

SIMPSON THACHER & BARTLETT LLP

Christian Alberti, Esq.　　　　　　　　　-2-　　　　　　　　　　April 10, 2006

pending complete and final resolution of the California Action. A hearing on the preliminary injunction motion is scheduled for June 8, 2006.

　　　Given that the parties agreed to submit to the jurisdiction of the California courts issues concerning the December 2002 Agreement, including the releases and waivers contained therein, rather than to submit them to arbitration, and given that a motion to enjoin Marland from arbitrating his claims in this arbitration is now pending in the California Action, we request that selection of an arbitrator be postponed until final resolution of the California Action, or at the very least until resolution of the preliminary injunction motion.

　　　In the event that the ICDR does not postpone the appointment of an arbitrator, and because your March 20 letter stated that the failure to strike and rank the arbitrators on the list will be deemed an acceptance of the entire list and may result in the ICDR completing the appointment process without further consultation, we submit, subject to and without prejudice to Thelen's objections, Respondent's marked list of arbitrators. Per your March 20 letter, we are providing counsel for Claimant with a copy of this letter, but not the enclosed list.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　John J. Kerr, Jr.

Enclosure

cc:　Andrew W. Hayes (without enclosed list)