# EXHIBIT 2

From: Michael Namias [mailto:NamiasM@adr.org]
Sent: Friday, April 14, 2006 2:00 PM
To: ahayes@andrewhayes.net; Kerr, John J
Subject: Francois Marland and RoNo LLC vs. Thelen Reid & Priest LLP (ICDR Case No. 50 180 T 00082 06)

Dear Mr. Hayes,

Did you share the attached correspondence dated April 13, 2006 with Mr. Kerr?

 <<ICDR SCAN9530_000.pdf>>
In any event, we this will serve to remind the parties to exchange all future correspondence and communications (including e-mails) with opposing counsel.

The ICDR has determined that an issue as to arbitrability exists which may be determined by an arbitrator.  The ICDR will proceed with further administration of this matter unless otherwise requested by both parties or unless the moving party is stayed by court order.

On another note, please be advised that the ICDR is unable to appoint an arbitrator from the lists of preferred arbitrators previously returned by both parties.  Specifically, your duly executed lists did not yield any mutually acceptable names.

We direct your attention to Article 6(3) of the Rules, which provides as follows:

"If within 45 days after the commencement of the arbitration, all of the parties have not mutually agreed on a procedure for appointing the arbitrator(s) or have not mutually agreed on the designation of the arbitrator(s), the administrator shall, at the written request of any party, appoint the arbitrator(s) and designate the presiding arbitrator. If all of the parties have mutually agreed upon a procedure for appointing the arbitrator(s), but all appointments have not been made within the time limits provided in that procedure, the administrator shall, at the written request of any party, perform all functions provided for in that procedure that remain to be performed."
Please advise as to how you wish to proceed, in writing, by Wednesday, April 19, 2006.
Best regards,


Michael F. Namias
ICDR - Supervisor
International Centre for Dispute Resolution The International Division of the American Arbitration Association
1633 Broadway, 10th Floor
New York, NY  10019
U.S.A.
Phone: +01-212-484-4170
Facsimile: +01-212-246-7274
E-Mail: NamiasM@adr.org
Website: www.adr.org/ICDR


This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (212) 484-4181 during the hours of 8:00 A.M.- 8:00 P.M. (EST). Please then delete the e-mail and any copies of it. Thank you.