# EXHIBIT 3



Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

June 26, 2007

Andrew W. Hayes, Esq.
Hayes & Hardy LLP
45 Rockefeller Center, Suite 2000
New York, NY  10111

John J. Kerr, Esq.
425 Lexington Avenue
New York, NY  10017-0000

Re: 50 180 T 00082 06
    Francois Marland and RoNo LLC
    vs
    Thelen Reid & Priest LLP

Dear Counsel,

The ICDR confirms receipt of Respondent's letter dated May 30, 2007, a copy of which we note was sent to Claimants.

We note that the above referenced case has been held in abeyance since May 19, 2006.

As previously advised in our letter e-mail dated November 7, 2006 the ICDR's policy is to hold cases in abeyance for one year at a time.  The parties may continue to hold the matter in abeyance beyond that period provided they remit a payment of **$300.00** to the ICDR to cover the administrative expense of continual tracking of such cases.

Therefore, the parties are being billed **$300.00** fee in equal shares.  If all payments are not made within one month of the date of this letter (or **July 26, 2007**), the ICDR will mark this matter as withdrawn and close this file.  A new administrative fee will be charged if the dispute is re-filed with the ICDR.

Unless we are advised to the contrary by either party, the ICDR will continue to hold this matter in abeyance pending further notice from the parties and subject to payment of the abeyance fee.

In that case, please provide the ICDR with a status report by **September 14, 2007**.

Sincerely,

*Christian Paul Alberti*

Christian Paul Alberti, LL.M.
Attorney-at-Law, Germany

*A Division of the American Arbitration Association*

ICDR Solutions Manager
212 484 4037
AlbertiC@adr.org

Michael Namias
ICDR Supervisor
212 484 4170
NamiasM@adr.org

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

#1

| STMT DATE | AMOUNT DUE |
|---|---|
| 06/26/2007 | 150.00 |
| **CASE#** | |
| 50-180-T-00082-06 02 CHAL-R | |

Payment Due Upon Receipt

## INVOICE/STATEMENT

John J Kerr Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York NY 10017-0000

Representing Thelen Reid & Priest LLP
Re: Francois Marland and RoNo LLC

**Please Detach and Return with Payment to the Above Address**    **Please Indicate Case No. on check**

---

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

**NAME**  John J Kerr Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York NY 10017-0000

Representing Thelen Reid & Priest LLP
Re: Francois Marland and RoNo LLC

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| 06/26/2007 | 50-180-T-00082-06 02 CHAL-R | 0.00 | 0.00 | 150.00 | 150.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 06/26/2007 | 9480732 | Abeyance Fee | 150.00 | | 150.00 |

**Remarks:** For any inquiry please call: 212-484-4037
This is a full statement showing all financial activity on this case.

| | TOTAL BALANCE DUE | 150.00 |
|---|---|---|

**Please Indicate Case No. on check**

| | | NET BILLED | NET PAID | NET DUE |
|---|---|---|---|---|
| **INVOICE SUMMARY:** | INITIAL/COUNTER-CLAIM FEES | 0.00 | 0.00 | 0.00 |
| | HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 |
| | REALLOCATION AT CASE END FEES | 150.00 | 0.00 | 150.00 |
| | NEUTRAL COMPENSATION/EXPENSES | 0.00 | 0.00 | 0.00 |

EIN: 13-0429745