# EXHIBIT 4

Case 3:07-cv-05663-VRW    Document 16-5    Filed 11/13/2007    Page 1 of 3

```
From: Andrew W. Hayes [mailto:ahayes@hayes-maloney.com]
Sent: Wednesday, November 07, 2007 4:55 PM
To: Guillaume Lemenez; jkerr@stblaw.com
Subject: RE: New Case Manager, Francois Marland and RoNo LLC vs Thelen Reid &
Priest LLP, 50 180 T 00082 06
```

Mr. Lemenz,

Thank you for your message.  As counsel for the petitioners, I write to ask that the ICDR postpone the November 8, 2007 deadline for the parties to submit their alternative proposal regarding appointment of the arbitrator, set forth in Mr. Alberti's November 5, 2007 letter, to noon EST on Tuesday, November 13, 2007.  The reason for this request is as follows:

Although Mr. Kerr has refused my efforts to discuss arbitrator selection privately, this afternoon his client filed a purported "emergency" motion in federal court in San Francisco, seeking to enjoin Marland from proceeding with the arbitration.  The reason cited for the "emergency" is, apparently, the November 8 deadline for the parties to submit their alternative proposal regarding appointment of the arbitrator, and thus Thelen claimed it needed emergency relief today.

There are many problems with Thelen's filing -- it has been participating in this process for a month, with notice that Marland was seeking to arbitrate certain claims not resolved in the San Francisco proceeding; there is no real deadline; Thelen is actually seeking to enjoin the ICDR from naming an arbitrator, but fails to join the ICDR; and the action fails to name petitioner RoNo as a party -- to name a few.  However, in the interest of the court's schedule, to avoid rewarding Thelen's gamesmanship, and in the hope that cooler heads may be found, and may prevail, among my opposing counsel, I believe the postponement is in the best interests of all concerned, and therefore ask that you agree to that postponement by responding email, so that we can advise the California court that the purported "emergency" deadline has been postponed until next Tuesday.

Thank you in advance for your attention to this matter.

Sincerely,

Andrew W. Hayes


Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, N.Y.  10020-2075
Tel  212-554-3120
Fax 212-554-3121
Cell 917-770-0180
_____

This message is intended only for the person or entity to whom it is addressed and may contain confidential or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may violate applicable ethical rules.  If you received this transmission in error, please contact the sender by

2

reply e-mail or by telephone (212-554-3120) and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.
Hayes & Maloney LLP is not providing any advice with respect to any tax issue in connection with this matter.