# EXHIBIT 5

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-3805

E-MAIL ADDRESS
jkerr@stblaw.com

November 8, 2007

Re:   Marland v. Thelen Reid & Priest, LLP
      No. 50 180 T 00082 06

Guillaume Lemenez de Kerdelleau, Esq.
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

Dear Mr. Lemenez:

    I write in response to Mr. Hayes' email of November 7, 2007, requesting an extension of today's deadline for submission of the parties' proposals regarding the appointment of an arbitrator in the above-referenced arbitration.

    It remains the position of Respondent Thelen Reid Brown Raysman & Steiner LLP, formerly known as Thelen Reid & Priest LLP ("Thelen"), that Claimants François Marland and RoNo, LLC (collectively, "Marland") are precluded from pursuing their claims in this arbitration proceeding by the August 1, 2007 decision issued by the United States District Court for the Northern District of California (the "District Court") in connection with related litigation between Thelen and Marland. That decision affirmed the validity and enforceability of the agreement entered into by Thelen and Marland on December 19, 2002, which agreement the District Court held replaced any and all other agreements between the parties. Therefore, Thelen has filed in the District Court a new complaint and an application for a temporary restraining order and preliminary injunction, to prohibit Marland from proceeding with this arbitration. The District Court has scheduled a hearing on Thursday, November 15 at 3:30 pm Pacific Time on Thelen's application and has set a briefing schedule for the motion.

    In light of its pending motion in the District Court, Thelen is agreeable to an extension of today's deadline. However, we believe that the ICDR should extend the deadline until after the District Court has ruled on Thelen's application for a temporary restraining order.

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    HONG KONG    LONDON    TOKYO

SIMPSON THACHER & BARTLETT LLP

Guillaume Lemenez de Kerdelleau, Esq.   -2-   November 8, 2007

Very truly yours,

John J. Kerr, Jr.

cc:   Andrew W. Hayes, Esq.