UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** November 15, 2007

**COURTROOM DEPUTY:** Cora Klein        **Court Reporter:** Juanita Gonzalez

**CASE NO.** C 07-5663 VRW

**TITLE:** THELEN REID BROWN RAYSMAN v FRANCOIS MARLAND

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Wendy Thurm, Ben Berkowitz | Andrew Hayes - appeared by phone |

**PROCEEDINGS:**
   TRO hearing

**RESULTS:**   The Court heard argument from counsel.
The temporary restraining order was granted .
Court to issue written ruling.
Thelen to post bond in the amount of $25,000.00

**SCHEDULE:**
   Defendant's opposition to the motion for preliminary injunction shall be filed on or before November 29, 2007.
Plaintiff's reply shall be filed on or before December 6, 2007.
The hearing on the motion for preliminary injunction is set for December 13, 2007 at 2:30 p.m.