IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THELEN REID BROWN RAYSMAN & STEINER LLP,** | No C 07-5663 VRW |
| Plaintiff, | |
| v | ORDER |
| **FRANÇOIS MARLAND,** | |
| Defendant. / | |

        On November 7, 2007, plaintiff Thelen Reid Brown Raysman & Steiner LLP ("Thelen") brought before this court an application for temporary restraining order and preliminary injunction. Defendant Francois Marland ("Marland") filed an opposition on November 9, 2007, and Thelen submitted a reply on November 13, 2007.  The court held argument on Thelen's application on November 15, 2007.

        Having considered the papers and the evidence and arguments presented by counsel and because, as stated on the record, Thelen has raised serious questions going to the merits and

the balance of hardships weigh in favor of Thelen in that denial of a temporary restraining order would subject it to the risk of having to participate in an arbitration without a valid contractual or other basis for such an arbitration, now therefore,

IT IS HEREBY ORDERED that a temporary restraining order be issued against Marland, prohibiting him or his agents (including RoNo, LLC) from proceeding with the arbitration pending before the International Center for Dispute Resolution ("ICDR") (Arb No 50 180 T 00082 06) until further order of this court.

Marland shall file any papers in opposition to Thelen's motion for preliminary injunction no later than November 29, 2007. Thelen shall file its reply papers no later than December 6, 2007. The parties shall appear for a hearing on Thelen's motion for preliminary injunction on December 13, 2007 at 2:30pm.

Thelen shall post a bond in the amount of $25,000 not later than November 20, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge