UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THELEN REID BROWN RAYSMAN &
STEINER LLP

Plaintiff(s),
v.
FRANÇOIS MARLAND

Defendant(s).

FILED
RECEIVED NOV 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV 1 — 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C07-5663 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

ANDREW W. HAYES , an active member in good standing of the bar of U.S. Court of Appeals for the Second Circuit (particular court to which applicant is admitted) whose business address and telephone number is HAYES & MALONEY LLP
1 Rockefeller Plaza, Suite 1005
New York, New York 10020
Telephone: (212) 554-3120
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FRANÇOIS MARLAND

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: Nov. 21 , 2007

Chief United States District Judge
Vaughn R. Walker