DONALD W. CARLSON [Bar No.: 79258] dcarlson@ccplaw.com
GUY D. CALLADINE [Bar No.: 99431] gcalladine@ccplaw.com
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:    (415) 391-3911
Facsimile:    (415) 391-3898

ANDREW W. HAYES (*pro hac vice*)
HAYES & MALONEY LLP
1 Rockefeller Plaza, Suite 1005
New York, New York 10020
Telephone:    (212) 554-3120
Facsimile:    (212) 554-3121

Attorneys for Defendant
FRANÇOIS MARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, <br><br> Plaintiff, <br><br> v. <br><br> FRANÇOIS MARLAND, <br><br> Defendant. | Case No.:    C-07-5663 VRW <br><br> **DECLARATION OF ANDREW W. HAYES IN OPPOSITION TO THELEN'S APPLICATION FOR A PRELIMINARY INJUNCTION** |

I, Andrew W. Hayes, declare and state as follows:

1      I am a member of the Bar of the State of New York, counsel to Defendant Francois Marland in the arbitration pending before the International Center for Dispute Resolution ("ICDR"), Case No. 50 180 T 00082 09, *Francois Marland and RoNo LLC v. Thelen, Reid & Priest LLP*, and admitted pro hac vice before this Court in this action and the previous litigation between the parties (Case No. C-06-02071 VRW, "*Thelen v. Marland I*"). I make this declaration to present the Court with information and documents referred to in Defendant Marland's Opposition to Plaintiff Thelen Reid Brown Raysman & Steiner LLP's ("Thelen") Application for

1  a Preliminary Injunction based on my personal knowledge, and if called to testify as a witness in
2  this proceeding could and would testify competently as follows.

3      2      Following are the relevant documents (including excerpts of certain documents)
4  and communications referred to in Marland's Opposition to Thelen's Application for a
5  Preliminary Injunction in this action:

6      (a)   Attached hereto as Exhibit 1 is a true and correct copy of the December
7  2002 "New Agreement to Associate Counsel";

8      (b)   Attached hereto as Exhibit 2 is a true and correct copy of the December 14,
9  2006 deposition of Plaintiff Thelen, taken pursuant to Federal Rule of Civil Procedure 30 (b)(6), in
10 *Thelen v. Marland I*;

11     (c)   Attached hereto as Exhibit 3 is a true and correct copy of this Court's
12 August 1, 2007 decision in *Thelen v. Marland I*, Docket Item No. 320 therein;

13     (d)   Attached hereto as Exhibit 4 is a true and correct copy of the February 1999
14 Attorney-Client Agreement between Thelen and Marland and RoNo;

15     (e)   Attached hereto as Exhibit 5 is a true and correct copy of a stipulation and
16 order in *Thelen v. Marland I* staying the above-referenced arbitration action, executed by the Court
17 on May 22, 2006; and

18     (f)   Attached hereto as Exhibit 6 is a true and correct copy of a letter from John
19 Kerr to Christian Alberti of the International Center for Dispute Resolution, dated October 15,
20 2007.

21     Executed this 29th Day of November, 2007, in New York, New York.

22
23                             _____
                                      Andrew W. Hayes
24
25
26
27
28