DONALD W. CARLSON [Bar No.: 79258] dcarlson@ccplaw.com
GUY D. CALLADINE [Bar No.: 99431] gcalladine@ccplaw.com
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:    (415) 391-3911
Facsimile:    (415) 391-3898

ANDREW W. HAYES (*pro hac vice*)
HAYES & MALONEY LLP
1 Rockefeller Plaza, Suite 1005
New York, New York  10020
Telephone:    (212) 554-3120
Facsimile:    (212) 554-3121

Attorneys for Defendant
FRANÇOIS MARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANÇOIS MARLAND,<br><br>　　　　　　　　　Defendant. | Case No.:    C-07-5663 VRW<br><br>**DECLARATION OF ANDREW W. HAYES IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FILED BY FRANÇOIS MARLAND** |

I, Andrew W. Hayes, declare and state as follows:

1    I am a member of the Bar of the State of New York, admitted pro hac vice before this Court in this action.  I make this declaration to present the Court with documents referred to in Defendant François Marland's ("Marland") Motion for Administrative Relief based on my personal knowledge, and if called to testify as a witness in this proceeding could and would testify competently as follows.

2    Following are the relevant documents and communications referred to in Marland's Motion for Administrative Relief in this action:

1         (a)    Attached hereto as Exhibit 1 is a true and correct copy of an e-mail from Andrew W. Hayes to Wendy Thurm, counsel for Plaintiff Thelen Reid Brown Raysman & Steiner LLP, dated December 21, 2007.

        (b)    Attached hereto as Exhibit 1 is a true and correct copy of an e-mail from Wendy Thurm to Andrew W. Hayes, dated November 8, 2007.

        (c)    Attached hereto as Exhibit 1 is a true and correct copy of an e-mail from Andrew W. Hayes to Wendy Thurm, dated November 9, 2007.

Executed this 21st Day of December, 2007, in New York, New York.

                                                                                   _____
                                                                                     Andrew W. Hayes

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

**HAYES DECLARATION IN SUPPORT OF MARLAND'S REQUEST FOR ADMINISTRATIVE RELIEF**
**CASE NO.: C-07-5663 VRW**

# EXHIBIT

# 1

## Matthew G. Friedman

**From:** Andrew W. Hayes
**Sent:** Friday, December 21, 2007 5:13 PM
**To:** Wendy Thurm (wthurm@kvn.com)
**Cc:** Matthew G. Friedman
**Subject:** Your service waiver argument

Wendy,

The service waiver argument in your response to the Court's Order to Show Cause ignores your own messages to me, several portions of Rule 4, and a prior decision of Judge Walker regarding waivers of service (Woodruff v. Mueller). It is an utterly frivolous argument.

Please let me know promptly whether Thelen will withdraw that portion of its response, or Marland will move to strike it and for other relief.

# EXHIBIT

# 2

## Matthew G. Friedman

**From:** Andrew W. Hayes
**Sent:** Friday, December 21, 2007 1:52 PM
**To:** Matthew G. Friedman
**Subject:** FW: Thelen v. Marland, Case No. 07-5663 SI

---

**From:** Wendy Thurm [mailto:WThurm@KVN.com]
**Sent:** Thu 11/8/2007 7:13 PM
**To:** Andrew W. Hayes
**Subject:** Thelen v. Marland, Case No. 07-5663 SI

Andrew,

You have not formally responded to my request of yesterday to confirm that you are authorized to accept service of the Summons and Complaint for Mr. Marland in *Thelen Reid Brown Raysman & Steiner LLP v. Marland*, Case No. 07-5663 SI. Please respond in writing to me by 10 am PST tomorrow, November 9, stating whether or not Mr. Marland has authorized you to accept service of the Summons and Complaint. If I do not receive a response by 10 am PST tomorrow, or if you respond that Mr. Marland has not authorized you to accept service of the Summons and Complaint, we will take steps to effect service directly on Mr. Marland.

Wendy J. Thurm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com

# EXHIBIT

# 3

## Matthew G. Friedman

**From:** Andrew W. Hayes
**Sent:** Friday, December 21, 2007 2:00 PM
**To:** Matthew G. Friedman
**Subject:** FW: service

---

**From:** Andrew W. Hayes
**Sent:** Fri 11/9/2007 2:25 PM
**To:** Wendy Thurm
**Subject:** service

Wendy,

Marland is still trying to understand the basis for your new action. I am authorized to accept service of process for the purpose of opposing Thelen's TRO application, but until I get the response to that application filed I don't have a "formal" answer to your request.

Andrew

12/21/2007