1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  WENDY J. THURM - #163558
   BENEDICT Y. HUR - #224018
3  BENJAMIN BERKOWITZ - #244441
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff
   THELEN REID BROWN RAYSMAN & STEINER LLP
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | THELEN REID BROWN RAYSMAN & STEINER LLP, | Case No. C 07-5663 VRW |
|---|---|
| Plaintiff, | **DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN'S OPPOSITION TO MARLAND'S ADMINISTRATIVE MOTION TO STRIKE** |
| v. | |
| FRANÇOIS MARLAND, | Date:    January 3, 2008 |
| Defendant. | Time:    2:30 p.m. |
| | Dept:    Courtroom 6 |
| | Judge:   Hon. Vaughn R. Walker |

---

DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN'S OPPOSITION TO
MARLAND'S ADMINISTRATIVE MOTION TO STRIKE
408488.01                          CASE NO. C 07-5663 VRW

1  I, Wendy J. Thurm, declare as follows:

2  1. I am an attorney duly licensed to practice before this Court and a partner at the law firm of Keker & Van Nest LLP, counsel of record for Thelen Reid Brown Raysman & Steiner LLP in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3  2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the Court's November 15, 2007 hearing on Thelen's Application for a Temporary Restraining Order.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of December, 2007, in Marathon, Florida.

                                              /s/ Wendy J. Thurm
                                              WENDY J. THURM

1
DECLARATION OF WENDY J. THURM IN SUPPORT OF THELEN'S OPPOSITION TO MARLAND'S ADMINISTRATIVE MOTION TO STRIKE
CASE NO. C 07-5663 VRW

408488.01