**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THELEN REID BROWN RAYSMAN & STEINER LLP,** | **No C 07-5663 VRW** |
| Plaintiff, | Related to 06-2071 VRW |
| v | |
| **FRANÇOIS MARLAND,** | **JUDGMENT** |
| Defendant.                              / | |

**This action having come before the court and the court considered the same and dismissed as moot plaintiff's claims other than its sixth claim for relief and, on December 27, 2007, ordered entry of judgment in favor of plaintiff, now therefore:**

**IT IS HEREBY ORDERED that defendant and his agents (including RoNo, LLC) be and the same are hereby PERMANENTLY ENJOINED from proceeding with the arbitration pending before the International Center for Dispute Resolution (Arb No 50 180 T 00082 06).**

Date: December 27, 2007

_Cora Klein_

Deputy Clerk